UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.1:13-cv-4530
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        ( X ) Other: **Civil Cover Sheet**

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( X ) On the within party, **Spout Social, Inc.**, by leaving a copy with **Jim Conti, Recruiter and Authorized Person** on **June 28, 2013**, and informed that person of the contents thereof.

4.    ( X ) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**        RACE: **Caucasian**        APPROXIMATE AGE: **32-38**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **30 North Racine Avenue, Suite 110, Chicago, Illinois 60607**
TIME OF DAY: **12:00 PM**

6.    (   ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **1st** day of **July 2013**

OFFICIAL SEAL
FELICIA WAGGONER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/15/16

Christopher Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ONLYWIRE, LLC,

CASE NUMBER: 1:13-cv-4530

V.

ASSIGNED JUDGE: Milton I. Shadur

SPROUT SOCIAL, INC.

DESIGNATED
MAGISTRATE JUDGE: Mary M. Rowland

TO: (Name and address of Defendant)

Spout Social, Inc.
30 North Racine Avenue, Suite 110
Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Robert A. Conley
Brian E. Haan
NIRO, HALLER & NIRO
181 W. Madison St., Ste. 4600, Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_E. [signature]_

(By) DEPUTY CLERK

June 20, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                              *Signature of Server*


                                                      *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.